```
         UNITED STATES  DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 13-125 |
| CATHY ROSS VINNETT ET AL. | SECTION "B"(4) |

<u>**ORDER**</u>

Considering Lashanda Vinnett's ("Movant") Motion to Expedite, Movant's Motion to Dismiss the Indictment, and the Government's brief in opposition (Rec. Docs. 58, 62 & 66),

**IT IS ORDERED** that the Motion to Expedite is **GRANTED** and the Motion to Dismiss is **DENIED**. Movant's contention that the Government did not reserve the right to bring this suit is contrary to the plain language of the consent order, which states that "the parties agree that entry of this permanent injunction neither precludes the [I.R.S] from assessing penalties against [the Movant and co-defendant here] for asserted violations nor precludes the Defendants from contesting any such penalties." (Civ. A. 11-1547, Rec. Doc. 32). Further, movant fails to provide *any* authority for the proposition that the Government must "reserve the right" to bring criminal actions when it gains injunctive relief in previous civil suits.

New Orleans, Louisiana, this 12th day of June, 2014.

_____<br>
UNITED STATES DISTRICT JUDGE